The referee is discharged, and a new trial is ordered before the Hon. William D. Dickey as official referee. This case is sent to an official referee because the referee's fees to date are already greater than the amount of the recovery. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

EUGENE BASSETT, Appellant, v. JOSEPH H. BARRETT and WALTER W. OWEN, Respondents.— Interlocutory and final judgments reversed, with costs, on the ground that the issuance and return wholly or partly unsatisfied of an execution is not a condition precedent to the liability of the sureties on the undertaking on appeal. The demurrer is overruled, with ten dollars costs, with leave to defendants to withdraw the demurrer and answer upon payment of costs within twenty days. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 4 OF THE TOWN OF ORANGETOWN, Respondent, v. AMERICAN ANILINE PRODUCTS, INC., Appellant. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur.

BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 4 OF THE TOWN OF ORANGETOWN, Respondent, v. AMERICAN ANILINE PRODUCTS, INC., Appellant. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur.

CATHERINE BOYLE, Individually and as Executrix, etc., of MARY F. McCLEARY, Deceased, Appellant, v. JOHN GETTINS, Respondent, Impleaded with Others, Defendants.— We are of opinion that in the interests of justice this case ought to be retried, and that both sides should have an opportunity to fully present their evidence. Therefore, the judgment is reversed and a new trial granted, with costs to abide the final award of costs. Mills, Rich, Putnam, Kelly and Jaycox, JJ., concur.

BULLVILLE MILK PRODUCERS' ASSOCIATION, INC., Respondent, v. FRANK C. ARMSTRONG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

JOHN B. CORWIN, Respondent, v. WILLIAM L. BERKWITZ, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. The complaint contains an allegation that plaintiff is the corporation counsel of the city of Newburgh. In deciding, therefore, whether the alleged libel is susceptible of the innuendoes pleaded in the complaint, that fact may be taken into consideration. Nothing else, outside of the article itself, may be considered. The question as to whether defendant is entitled to the qualified privilege given to criticism of the conduct of a public official is not available on a demurrer to a complaint, for privilege is new matter that must be pleaded as a defense in the answer. If a complaint shows an absolute privilege on its face it is demurrable, but not if it shows facts from which an inference of a qualified privilege may be drawn, because even in the case of a qualified privilege it still remains a question of fact whether the words were spoken with actual malice. We think it libelous to charge that a corporation counsel